UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CEDRIC J GRIFFIN #366696** | **CASE NO. 3:24-CV-00959 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DONNIE ADAMS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. No. 14] filed by Defendant Donnie Adams be **GRANTED** and Plaintiff Cedric J. Griffin's claims be **DISMISSED WITHOUT PREJUDICE** on the merits but **DISMISSED WITH PREJUDICE** for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

**MONROE, LOUISIANA**, this 7th day of August 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE